# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

MICHAEL ANTHONY WICKHAM,

    Plaintiff,

v.                                                       No. 3:24CV153-MPM-RP
                                                       JURY DEMANDED

THOMAS MICHAEL TILLEY,
GTG LOGISTICS, INC., d/b/a AMAZON
and JOHN DOES 1-5,

    Defendants.

## ORDER REMANDING ACTION TO STATE COURT

This matter is before the Court on Plaintiff's Motion to Remand to State Court. This action was originally filed by Plaintiff in the Circuit Court of DeSoto County, Mississippi. Plaintiff's Complaint listed his citizenship in Mississippi, and Defendants Thomas Michael Tilley and GTG Logistics, Inc., d/b/a Amazon are considered citizens of Arkansas and Tennessee, respectively. However, Plaintiff had moved to Tennessee before the filing of the Complaint and he was a citizen of Tennessee at the time the April 4, 2024 Complaint was filed; therefore, the action lacks the diversity of citizenship necessary for federal jurisdiction. The motion is not opposed.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand to State Court is granted.

This the 8th day of July, 2024.

                                                       /s/Michael P. Mills
                                                       UNITED STATES DISTRICT JUDGE
                                                       NORTHERN DISTRICT OF MISSISSIPPI